AUSA: Brandon Bolling    Telephone: 313-226-9666

Special Agent    : David Green    Telephone: 313-226-0501

AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
## Eastern District of Michigan

United States of America,

Plaintiff,

v.

D-1 Eduardo Iglesias-Montes
     a/k/a Jose Eduardo Maguregui,

D-2 Yesica Ivonne Reyes,

Defendant(s).

Case: 2:16-mj-30050
Judge: Unassigned,
Filed: 02-05-2016
IN RE: SEALED MATTER (MAW)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief:

On or about the date(s) of <u>unknown time until February 5, 2016</u>, in the county of <u>Wayne</u> in the <u>Eastern</u> District of <u>Michigan</u>, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| D-1:18 U.S.C. Sec. 1028A | Aggravated Identity Theft |
| D-2: 8 U.S.C. Sec.1324(a)(1)(A)(iii) | Harboring Illegal Aliens |

This criminal complaint is based on these facts:

See Attached.

☑ Continued on the attached sheet.

_Complainant's signature_

David Green, Special Agent HSI
_Printed name and title_

Sworn to before me and signed in my presence.

Date: February 5, 2016

_Judge's signature_

City and state: Detroit, Michigan

Elizabeth A. Stafford, United States Magistrate Judge
_Printed name and title_

**I, David Green being duly sworn, state as follows**:

1.  I am a Special Agent (SA) employed by the United States Department of Homeland Security, Immigration and Customs Enforcement (ICE), Homeland Security Investigations (HSI), assigned to the Detroit Office of the Special Agent in Charge. I have been employed with ICE since April 2009. Prior to employment with ICE, I was employed with Customs and Border Protection (CBP) since the creation of CBP in March of 2003. Prior to the creation of CBP, I was employed with the United States Customs Service since December 2001. My responsibilities and duties include the investigation and enforcement of laws and regulations to include narcotics, financial, fraud, and violations of the Immigration and Nationality Act. I have successfully completed the Customs Inspector Basic Training Course (2002), the Criminal Investigator Training Program (2009), and the Immigration and Customs Enforcement Special Agent Training (2009) at the Federal Law Enforcement Training Center in Brunswick, Georgia.

2.  The information set forth in this affidavit is based upon my knowledge and investigation. This affidavit does not contain every fact that I have learned during the course of the investigation; rather, it contains a summary of the investigation to date for the limited purpose of establishing probable cause.

3.  On May 5, 2014, Homeland Security investigators conducted surveillance on a SHERWIN-WILLIAMS store, located at 12256 Hubbard Avenue, Livonia, MI. A vehicle bearing Michigan license plate XXXXXX was observed, which was registered to Jose Eduardo Maguregui, residing at XXXXX Island Drive, Taylor, MI 48180. Michigan Secretary of

State records showed that Jose Eduardo Maguregui had been issued an Enhanced Michigan Driver's License (number M XXX XXX XXX XXX).

4. Department of State records indicate that XXXXX Island Drive, Taylor, MI 48180 was the address of three U.S. passport applications filed on April 10, 2014, by minor applicants. The mother of the applicants was listed as Yesica Ivonne Reyes and the father was listed as Eduardo Iglesias Montes—both also were listed as non U.S. Citizens, born in Mexico. Reyes's listed information came from a Michigan driver's license, number R XXX XXX XXX XXX, showing her address to be XXXXX Island Drive, Taylor, MI 48180. Iglesias's listed information came from a Mexican passport, identification number EXXXXXXXXX. Copies of both Reyes's driver's license and Iglesias's Mexican passport biography page were included with the passport applications. Iglesias's Mexican passport indicated that it was issued on March 20, 2014 in Detroit Michigan. On all three applications, Reyes's and Iglesias's listed personal information matched. Reyes also signed all three passport applications on behalf of the applicants—her children—who were minors at the time.

5. United States immigration records checks were conducted on Iglesias. No records were found of Iglesias making any lawful admissions or entries into the United States. The lack of such records indicates that an individual has never applied for admission or been granted status to be present in the United States from an appropriate government official.

6. Investigators conducted a photographic comparison between the driver's license of Maguregui and the Mexican passport of Iglesias. After reviewing the images of the individuals on these two documents, it is the opinion of investigators that Maguregui and Iglesias is the same person.

7. Investigators have obtained copies of both Maguregui's birth and death certificates. Maguregui was born in El Paso, Texas in 1969; however, Maguregui died in El Paso, Texas in 1970.

8. On or about March 11, 1992, an application was submitted to the Social Security Administration, 9222 Grand River Avenue, Detroit, MI. The application was made utilizing a Texas birth certificate and a temporary Michigan identification card—both under the name of Jose Eduardo Maguregui. The applicant attested to be a United States citizen.

9. On or about August 30, 2011, an Enhanced Driver's License Application was submitted to the Michigan Secretary of State, 3046 W. Grand Boulevard, Detroit, MI 48202. The applicant utilized the name of Jose Eduardo Maguregui, with an address of XXXXX Island Lakes Dr., Taylor, MI 48180. The applicant utilized a Texas birth certificate in the name of Jose Eduardo Maguregui. A photocopy of the Texas birth certificate utilized was attached to the application which matched the birth certificate for the Jose Eduardo Maguregui who died in 1970. A Michigan Driver's license (M XXX XXX XXX XXX) was also used as part of the application process. The applicant signed the application "I certify under penalty of perjury that I am a U.S. citizen and a legal Michigan resident, the statements made on this application are true and that a court is not holding my license."

10. On October 8, 2013, Reyes submitted a Form I-485 "Application to Register Permanent Residence or Adjust Status,' with the United States Citizenship and Immigration Services. In the application, Reyes stated that her spouse was Iglesias and that they were married in Mexico on January 4, 1991. A translated copy of the marriage certificate was enclosed within Reyes's Alien File. On the Form I-485 Reyes listed Iglesias's country of birth as Mexico, but did not list an Alien File Number—which would indicate that records existed to

show that he was or could be lawfully present in the United States. Reyes also stated on the form that she has resided at XXXXX Island Lake Dr., Taylor, MI from June 2007 to Present Time (September 11, 2013), and that her occupation was "homemaker" from August 2008 to Present Time (September 11, 2013).

11. On July 7, 2014, Iglesias entered the United States afoot via the Hidalgo International Bridge in Texas. To enter the United States, Iglesias utilized an Enhanced Michigan Driver's License in the name of Jose Eduardo Maguregui. During the entry process, Iglesias was stopped and inspected by Customs and Border Protection Officers. During the inspection, Iglesias stated, among other things, that his name was Jose Eduardo Maguregui and that he was born in El Paso, Texas. A copy was made of Iglesias's "Maguregui" driver's license and it was matched up with Michigan Secretary of State records. Based upon the "Maguregui" driver's license, Iglesias was granted entry into the United States. Thereafter, Iglesias utilized the "Maguregui" driver's license to enter the United States, again afoot, via the Hidalgo International Bridge in Texas, on July 22, 2014 and August 6, 2014.

12. Michigan Secretary of State records indicate that Iglesias and Reyes have had matching Michigan residential addresses, from 1999 to present, including XXXXX Island Lake Dr., Taylor, MI.

13. On December 11, 2014, Iglesias was stopped for a traffic violation by the Livonia police department. Iglesias presented to the officer the Enhanced Michigan Driver's License of Jose Eduardo Maguregui. During the traffic stop, pictures were taken of Iglesias, which were then compared to pictures of Iglesias from his Mexican passport and the Maguregui

driver's license.  It is the opinion of your Affiant that all three images are of the same individual—Iglesias.

14. From May 5, 2014, until present, special agents from HSI have been monitoring the residence located at 10661 Island Lake Dr., Taylor, Michigan.  Based upon said monitoring and separate federal and State of Michigan database checks, both Iglesias and Reyes have been continually residing together at 10661 Island Lake Dr., Taylor, Michigan since at least May 5, 2014.

15. Based upon the above, there is probable cause to believe that from an unknown time until the present date, in the Eastern District of Michigan and elsewhere, the defendant, Eduardo IGLESIAS MONTES, did knowingly possess and use, without lawful authority, a means of identification of another person during and in relation to a felony violation enumerated in 18 U.S.C. § 1028A(c), to wit 18 U.S.C. § 911, knowing that the means of identification belonged to another actual person, in violation of Title 18, United States Code, Section1028A(a)(1).

16. Based upon the above, there is probable cause to believe that from an unknown time until the present date, in the Eastern District of Michigan and elsewhere, Jesica Ivonne Reyes, knowingly and in reckless disregard of the fact that an alien, namely, Eduardo Iglesias Montes, had come to, entered and remained in the United States in violation of law, did conceal, harbor, and shield from detection such alien in any place, including any buildings and any means of transportation, in violation of Title 8, United States Code, section 1324(a)(1)(A)(iii).

David Green/ Special Agent

United States Department of Homeland Security
Immigration & Customs Enforcement
Homeland Security Investigation

Sworn to before me and subscribed in my presence this ___5___ day of February, 2016.

United States Magistrate Judge

FEB 0 5 2016

Date:_____